Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PERKINELMER, INC. et al.

Plaintiff(s),

v.

BRUKER CORPORATION et al.

Defendant(s).

Case No: CV-13-01602 (MMC)

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Patrick J. O'Shea, an active member in good standing of the bar of Massachusetts, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Bruker Corp and Bruker Biospin Corp in the above-entitled action. My local co-counsel in this case is Jessica Intrator, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| O'Shea Getz P.C., 1500 Main Street, Suite 912 Springfield, MA 01115 | Nixon Peabody LLP, One Embarcadero Center, Suite 1800, San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: (413) 731-3100 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (415) 984-8309 |
| MY EMAIL ADDRESS OF RECORD: poshea@osheagetz.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: jintrator@nixonpeabody.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 564832.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 06/17/13

Patrick J. O'Shea
APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Patrick J. O'Shea is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: June 20, 2013

UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                                                   October 2012