UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PERKINELMER, INC., CALIPER LIFE SCIENCES, INC., and XENOGEN CORPORATION and THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,

Plaintiffs,

v.

BRUKER CORPORATION and BRUKER BIOSPIN CORPORATION,

Defendants.

Case No. C-13-01602-MMC

[PROPOSED] ORDER GRANTING STIPULATION TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE

**ORDER**

CAME BEFORE THE COURT, the Parties' Stipulation to Reschedule Initial Case Management Conference. Having considered the papers, the Court finds that the Stipulation should be GRANTED.

IT IS HEREBY ORDERED that the Initial Case Management Conference shall be rescheduled from July 12, 2013 to ~~August 2, 2013 at 10:30 a.m.~~  September 13, 2013 at 10:30 a.m. **PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: July 2, 2013

_____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE