1   Anthony J. Barron (SBN 150447)
    abarron@nixonpeabody.com
2   Jessica E. Intrator (SBN 272360)
    jintrator@nixonpeabody.com
3   **NIXON PEABODY LLP**
    One Embarcadero Center, Suite 1800
4   San Francisco, CA 94111
    Telephone:  (415) 984-8309
5   Facsimile:  (866) 221-8036

6   Patrick J. O'Shea (admitted *pro hac vice*)
    poshea@osheagetz.com
7   Patrick D. Duplessis (SBN 265384)
    pduplessis@osheagetz.com
8   **O'SHEA GETZ PC**
    1500 Main Street, Suite 912
9   Springfield, MA 01115
    Telephone: (413) 731-3100
10  Facsimile: (413) 731-3101

11  Attorneys for Defendants
    BRUKER CORPORATION and
12  BRUKER BIOSPIN CORPORATION

13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16

17  PERKINELMER, INC., CALIPER LIFE        Case No.: CV-13-01602 (MMC)
    SCIENCES, INC., and XENOGEN
18  CORPORATION,
                                           **[PROPOSED] ORDER GRANTING
19  and                                    DEFENDANTS' ADMINISTRATIVE
                                           MOTION TO FILE PORTIONS OF
20  THE BOARD OF TRUSTEES OF THE           DOCUMENTS UNDER SEAL**
    LELAND STANFORD JUNIOR
21  UNIVERSITY,
                                           The Honorable Maxine M. Chesney
22              Plaintiffs,
                                           ~~Hearing Date:  August 2, 2013~~
23  v.                                     Time:            9:00 a.m.
                                           Courtroom:       7, 19th floor
24  BRUKER CORPORATION and BRUKER
    BIOSPIN CORPORATION,
25
                Defendants.
26

27

28

    [PROPOSED] ORDER GRANTING DEFENDANTS'
    ADMINISTRATIVE MOTION TO FILE PORTIONS OF          CV-13-01602 (MMC)
    DOCUMENTS UNDER SEAL

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Having considered the papers and declaration filed in support thereof, the Court hereby GRANTS Defendants' July 8, 2013 Administrative Motion to File Portions of Documents Under Seal.

Defendants are hereby DIRECTED to file under seal the unredacted version of Defendants' Reply brief in support of Defendants' Partial Motion to Dismiss Plaintiffs' Amended Complaint, no later than July 22, 2013.

IT IS SO ORDERED.

Dated:  July 17, 2013                                      By: _____
                                                          Honorable Maxine M. Chesney
                                                          Northern District of California