1  Anthony J. Barron (SBN 150447)
   abarron@nixonpeabody.com
2  Jessica E. Intrator (SBN 272360)
   jintrator@nixonpeabody.com
3  **NIXON PEABODY LLP**
   One Embarcadero Center, Suite 1800
4  San Francisco, CA 94111
   Telephone:  (415) 984-8309
5  Facsimile:  (866) 221-8036

6  Patrick J. O'Shea (admitted *pro hac vice*)
   poshea@osheagetz.com
7  Patrick D. Duplessis (SBN 265384)
   pduplessis@osheagetz.com
8  **O'SHEA GETZ PC**
   1500 Main Street, Suite 912
9  Springfield, MA 01115
   Telephone: (413) 731-3100
10 Facsimile: (413) 731-3101

11 Attorneys for Defendants
   BRUKER CORPORATION and
12 BRUKER BIOSPIN CORPORATION

13

14                    UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16

| | |
|---|---|
| 17  PERKINELMER, INC., CALIPER LIFE SCIENCES, INC., and XENOGEN CORPORATION, | Case No.: CV-13-01602 (MMC) |
| 19  and | **[PROPOSED]** ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE PORTIONS OF DOCUMENTS UNDER SEAL |
| 20  THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY, | |
| 22                 Plaintiffs, | The Honorable Maxine M. Chesney |
| 23  v. | ~~Hearing Date:   August 2, 2013~~<br>Time:             9:00 a.m.<br>Courtroom:     7, 19th floor |
| 24  BRUKER CORPORATION and BRUKER BIOSPIN CORPORATION, | |
| 25                 Defendants. | |

26
27
28

[PROPOSED] ORDER GRANTING DEFENDANTS'
ADMINISTRATIVE MOTION TO FILE PORTIONS OF                             CV-13-01602 (MMC)
DOCUMENTS UNDER SEAL

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      Having considered the papers and declaration filed in support thereof, the Court hereby GRANTS Defendants' July 8, 2013 Administrative Motion to File Portions of Documents Under Seal.

    Defendants are hereby DIRECTED to file under seal the unredacted version of Defendants' Reply brief in support of Defendants' Partial Motion to Dismiss Plaintiffs' Amended Complaint, no later than July 22, 2013.

    IT IS SO ORDERED.

Dated:  July 17, 2013

By: _____
Honorable Maxine M. Chesney
Northern District of California

[PROPOSED] ORDER GRANTING DEFENDANTS'
ADMINISTRATIVE MOTION TO FILE PORTIONS OF                - 2 -                                CV-13-01602 (MMC)
DOCUMENTS UNDER SEAL